IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. _10-po-07602-MEH_

UNITED STATES OF AMERICA,

Plaintiff,

v.

_Kayla E. Pyburn_,

Defendant.

---

## NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance  ✓ Arraignment  ___Sentencing  ___Status

___Administrative Review  ___Show Proof  ___Other (_____)

The location, date and time set for the hearing is:

✓ 212 N. Wahsatch, Suite 101  ___901 19th Street, Rm. A-105  ___1929 Stout St.
Colorado Springs, CO 80903     Denver, CO 80294               Denver, CO 80294

Appearance date: _8-4-10_, at _10:00 am_

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk
By: _[signature]_
Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: _7/7/10_   Name: _Kayla Elise Pyburn_
                       (Please Print)
                  Address: _5645 C Cherbourg Circle_

Phone: _719-465-7503_   _Ft Carson, CO 80902_
Revised 3/17/09